UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DENNIS D. JACKSON,

    Petitioner,

-v-

WARDEN, Lebanon Correctional
Institution,

    Respondent.

Case No. 3:13-cv-347

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

___

**ENTRY AND ORDER OVERRULING JACKSON'S OBJECTIONS (Doc. #14) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #10); OVERRULING JACKSON'S OBJECTIONS (Doc. # 22) TO THE MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATIONS (Doc. #19); DISMISSING JACKSON'S PETITION FOR A WRIT OF HABEAS CORPUS WITH PREJUDICE; DENYING A CERTIFICATE OF APPEALABILITY AND CERTIFYING THAT ANY APPEAL WOULD BE OBJECTIVELY FRIVOLOUS**

___

  Pro se Petitioner Dennis D. Jackson ("Jackson") has filed a Petition for a Writ of Habeas Corpus. Magistrate Judge Michael R. Merz issued a Report and Recommendations (doc. #10) and a Supplemental Report and Recommendations (doc. #22) recommending that Jackson's Petition be dismissed with prejudice, that Jackson be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal of this Order would be objectively frivolous.

  Jackson objected (doc. #14) to the Report and Recommendations and to the Supplemental Report and Recommendations (doc. #22). The time has run and the Warden has not responded to either of Jackson's Objections. Jackson's Objections to the Report and Recommendations and Supplemental Report and Recommendations are, therefore, ripe for decision.

  As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the

District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Jackson's Objections to the Magistrate Judge's Report and Recommendations and Jackson's Objections to the Magistrate Judge's Supplemental Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations and Supplemental Report and Recommendations are adopted in their entirety.

Jackson's Petition for a Writ of Habeas Corpus is dismissed with prejudice. Further, Jackson is denied a certificate of appealability and any appeal of this matter would be objectively frivolous. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this Twenty-Second Day of September, 2014.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

    Counsel of Record
    Dennis D. Jackson at his last address of record